JOHN T. FAY et al., Appellants, *v.* HERBERT LAMBOURNE et al., Respondents.

*Fay* v. *Lambourne,* 124 App. Div. 245, affirmed.
(Submitted November 15, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1908, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial in an action to restrain the use of a trade name.

*Franklin Bien* for appellants.

*Moses H. Grossman* and *Charles Goldzier* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.